

Christopher Malafis, Esq. <cjm@malafisfirm.com>

F—
1 me age

**Gus Perez** <gperez@floridabeauty.us> Thu, Mar 12, 2020 at 4:31 PM
To: "cjm@malafisfirm.com" <cjm@malafisfirm.com>

**Gus Perez**
**gperez@floridabeauty.us**
**305-503-1200 X 259 OFC**
**305-803-7874 CELL**
**305-471-6500 FAX**

---

**From:** Gus Perez
**Sent:** Tuesday, January 14, 2020 5:24 AM
**To:** GUSCPEREZ@GMAIL.COM <GUSCPEREZ@GMAIL.COM>
**Subject:**

**Gus Perez**
**gperez@floridabeauty.us**
**3400 NW 74 AVENUE**
**MIAMI, FL 33122**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305 803 7874 cell**

---

**Sent:** Thursday, November 8, 2018 9:19 AM
**To:**
**Subject:**

Guys,

I’m seeing a lot of scope of work questions getting muddled up here. Let’s recap:

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]
**Sent:** Thursday, November 8, 2018 9:15 AM
**To:** Gus Perez <gperez@floridabeauty.us>; Giraldo Carmenate <gcarmenate@floridabeauty.us>; [redacted]
**Cc:** Vicente Martin <vmartin@floridabeauty.us>; Gustavo Duarte <gus@floridabeauty.us>
**Subject:** [redacted]

[redacted]

[redacted]

[redacted]

---

**From:** Gus Perez <gperez@floridabeauty.us>
**Sent:** Thursday, November 8, 2018 9:02 AM
**To:** [redacted]
**Cc:** Vicente Martin <vmartin@floridabeauty.us>; Gustavo Duarte <gus@floridabeauty.us>
[redacted]

Ok, guess that was not made clear to me.
We will work on correcting this.

[redacted]

[redacted]

[redacted]

Gus Perez
gperez@floridabeauty.us
305-503-1200 x 259 office
305-471-6500 fax
305 803 7874 cell

---

**From:** [redacted]
**Sent:** Thursday, November 08, 2018 08:46
**To:** Gus Perez; Giraldo Carmenate; [redacted]

[redacted]

---

**From:** Gus Perez gperez@floridabeauty u
**Sent:** Thursday, November 8, 2018 8:36 AM
**To:** [redacted]

[redacted]

[redacted]



**Gus Perez**
**gperez@floridabeauty.us**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**

---

**From:** [redacted]
**Sent:** Thursday, November 08, 2018 08:31
**To:** [redacted]
**Cc:** Vicente Martin; Gustav[redacted]
**Subject:** [redacted]
**Importance:** High

[redacted]

---

**From:** Giraldo Carmenate <gcarmenate@floridabeauty.us>
**Sent:** Wednesday, November 7, 2018 8:25 AM
**To:** [redacted]

[redacted] all,

[redacted]

[redacted]

[redacted]

**Giraldo Carmenate**
Florida Beauty Flora, Inc
Phone: (305) 503-1200 Ext 571
Cell Phone: (786) 342-9746
EFax: (305) 675-7721



**From:** [redacted]
**Sent:** Wednesday, November 07, 2018 8:18 AM
[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** Gus Perez <gperez@floridabeauty.us>
**Sent:** Wednesday, November 7, 2018 5:56 AM
[redacted]
**Cc:** Vicente Martin <vmartin@floridabeauty.us>; Gustavo Duarte <gus@floridabeauty.us>; Giraldo Carmenate <gcarmenate@floridabeauty.us>
[redacted]

[redacted]

[redacted]

[redacted]

vmartin@floridabeauty.us
gcarmenate@floridabeauty.us
gduarte@floridabeauty.us

gperez@floridabeauty.us

**gperez@floridabeauty.us**
**305-503-1200 x 259 office**
**305-471-6500 fax**
**305-803-7874 cell**

---

**From:**
**Sent:** Tuesday, November 06, 2018 16:15
**To:** Vicente Martin;

That's what I needed to know
Thanks

Fleet Manager

---

Vicente Martin <vmartin@floridabeauty.us>
**Sent:** Tuesday, November 6, 2018 3:52 PM
**To:** Giraldo Carmenate <gcarmenate@floridabeauty.us>; OutBound <OutBound@floridabeauty.us>; CustomerService <CustomerService@floridabeauty.us>; ColombiaDisp <colombiadisp@floridabeauty.us>

Please also copy Gus Perez, gperez@floridabeauty.us

Regards,

Vicente M Hidalgo
Florida Beauty Flora, Inc
Toll Free: (800) 488-2988 Ext 234
Phone: (305) 503-1200 Ext 234
EFax: (305) 675-7721

---

**Sent:** Tuesday, November 06, 2018 3:48 PM
**Cc:** Koh Vicente Martin
**Subject:**

Giraldo;
Please highlight all addresses you want me to include on your emails.
OutBound OutBound@floridabeauty u

Giraldo Carmenate gcarmenate@floridabeauty u

Florida Beauty CS (cu tomer ervice@floridabeauty u )

ColombiaDisp colombiadi p@floridabeauty u

Vincent vmartin@floridabeauty.us
Thanks

[redacted]

**From:** Giraldo Carmenate <gcarmenate@floridabeauty.us>
**Sent:** Tuesday, November 6, 2018 3:33 PM
**To:** [redacted]
**Cc:** [redacted] Vicente Martin <vmartin@floridabeauty.us>
**Subject:** RE: 206758 scheduled

[redacted]

[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, November 06, 2018 3:31 PM
**To:** [redacted]; Giraldo Carmenate; [redacted]
**Cc:** [redacted]
**Subject:** [redacted]

We have a shipment that has been scheduled for delivery

[redacted]

**Please confirm you have seen this** and send back a signed copy. Thanks!

[redacted]

[redacted]