Case 1:20-cv-20966-CMA   Document 10-86   Entered on FLSD Docket 04/24/2020   Page 1 of 1

