United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

# WITNESS LIST

Florida Beauty Flora, Inc v. Pro Intermodal L.L.C et. al.          CASE NO. 19-20966-CIV-ALTONAGA

| PRESIDING JUDGE | PLAINTIFF ATTORNEY | DEFENDANT ATTORNEY |
|---|---|---|
| Hon. Cecilia M. Altonaga | Ryan M. Clancy, Yamila Lorenzo & Christopher Malafis | Carlos Santisteban, Jalexis Camacho & Richard Diaz |
| TRIAL/HEARING DATE(S) 05/01/2020 | COURT REPORTER | COURTROOM DEPUTY Patricia Snead |

| W # | | | | | | WITNESS |
|---|---|---|---|---|---|---|
| 1 | | | | | | Ronen Koubi, Individually |
| 2 | | | | | | Ronen Koubi, as Corporate Representative of Plaintiff |
| 3 | | | | | | Ronen Koubi, as Corporate Representative of Floral Logistics of Miami, Inc. |
| 4 | | | | | | Ralph Milman, Individually |
| 5 | | | | | | Ralph Milman, as Corporate Representative of Plaintiff |