**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-20966-CIV-ALTONAGA/Goodman**

**FLORIDA BEAUTY FLORA INC.,**

     Plaintiff,

v.

**PRO INTERMODAL L.L.C.**, *et al*.,

     Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Florida Beauty Flora Inc.'s Partially Unopposed Motion to Extend Time to File a Response to Defendants' Motion for Summary Judgment [ECF No. 87], filed on March 19, 2021.  As the title suggests, Plaintiff seeks "an extension of 30 days to respond to the Defendants' Motion for Summary Judgment, thereby extending the due date until April 21, 2021, 9 days after the close of discovery."  (Mot. 2). Defendants do not oppose a 15-day extension.  (*See id.* 5).  After review of the Motion, the Court finds it would benefit from filings that address the complete record.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment **[ECF No. 83]** is **DENIED** without prejudice with leave to renew at the close of discovery.  (*See* Dec. 22, 2020 Order 3 [ECF No. 72]).  Plaintiff, Florida Beauty Flora Inc.'s Partially Unopposed Motion to Extend Time to File a Response to Defendants' Motion for Summary Judgment **[ECF No. 87]** is **DENIED** as moot.

CASE NO. 20-20966-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 22nd day of March, 2021.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2