**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-20966-CIV-ALTONAGA/Goodman**

**FLORIDA BEAUTY FLORA INC.**,

      Plaintiff,

v.

**PRO INTERMODAL L.L.C.**, *et al*.,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendants, Pro Intermodal L.L.C., Pro Cold Storage, Inc., Victor Veliz, and Gustavo Perez's Motion to Bifurcate Trial [ECF No. 92], filed on March 23, 2021. Defendants request bifurcation on the issue of Plaintiff's disgorgement theory of recovery. (*See generally* Mot.).

Federal Rule of Civil Procedure 42(b) provides "[f]or convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims." Fed. R. Civ. P. 42(b) (alteration added). Plaintiff and Defendants have until April 12, 2021, to complete discovery and pretrial motions are due by April 20, 2021. (*See* Dec. 22, 2020 Order [ECF No. 72] 3). At this time, while discovery is ongoing and dispositive motions may still be filed, Defendants' Motion is premature and denied. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants, Pro Intermodal L.L.C., Pro Cold Storage, Inc., Victor Veliz, and Gustavo Perez's Motion to Bifurcate Trial **[ECF No. 92]** is **DENIED** without prejudice with leave to renew at the close of discovery and after dispositive motion(s) are ruled on, but no later than the deadline for motions *in limine*.

CASE NO. 20-20966-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 23rd day of March, 2021.

                                               **CECILIA M. ALTONAGA**
                                               **UNITED STATES DISTRICT JUDGE**

cc: counsel of record